1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5  Tiana Blunt

6

7
                IN THE UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
                     SAN FRANCISCO DIVISION
10                                           CV 08   3045

11  TIANA D. BLUNT,                    )  NO. _____
                                       )                        PJH
12           Plaintiff,                )  COMPLAINT FOR DECLARATORY
                                       )  RELIEF, INJUNCTIVE RELIEF
13      vs.                            )  RELIEF AND DAMAGES
                                       )
14  CITY AND COUNTY OF SAN             )  DEMAND FOR JURY TRIAL
    FRANCISCO, DEPARTMENT OF           )
15  PUBLIC HEALTH, and DOES 1          )  42 U.S.C. Section 1981
    THROUGH 25,                        )
16                                     )
17           Defendants.               )
    _____)

18        Plaintiff alleges:

19                                I

20           FACTS COMMON TO ALL CAUSES OF ACTION

21        1. Plaintiff, TIANA D. BLUNT, is an African American (Black) female residing in the

22  City and County of San Francisco, State of California.

23        2. Defendant, CITY AND COUNTY OF SAN FRANCISCO, is, and at all times

24  relevant hereto, has been a political subdivision of the State of California. Said Defendant owns,

25  operates and maintains the LAGUNA HONDA HOSPITAL AND REHABILITATION

26  CENTER, at San Francisco, California, operated by the Department of Public Health, an agency

27

28  Complaint for Damages                    1

1  of said City and County.

2      3. Plaintiff is ignorant of the true names and capacities of Defendants sued herein a
3  DOES 1 through 25, inclusive, and therefore sues these Defendants by such fictitious names.
4  Plaintiff will amend the complaint to allege their true names and capacities when ascertained.
5  Plaintiff is informed and believes, and therefore alleges that each of the fictitiously named
6  Defendants is lawfully responsible in some manner for the occurrences herein alleged, and that
7  Plaintiff's losses as herein alleged were proximately caused by such individual actions.

8      4. Plaintiff is informed and believes, and thereby alleges that each of the Defendants
9  herein was at all times relevant hereto the agent, employee, or representative of the remaining
10  Defendants and was acting within the scope and course of such relationship.

11      5. Plaintiff was initially employed as a certified nursing assistant at said LAGUNA
12  HONDA HOSPITAL AND REHABILITATION CENTER from 1996 until 2000, when she left
13  to pursue her nursing education.

14      6. Between 2000 and 2004, while pursuing her training as a Licensed Vocational Nurse,
15  Plaintiff was employed at a variety of medical care facilities.

16      7. After completing her education and training for Licensed Vocational Nurse, Plaintiff
17  returned to LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER and was
18  employed as a Licensed Vocational Nurse.

19      8. At all times relevant hereto, Plaintiff was and has been duly licensed by the State of
20  California as a Licensed Vocational Nurse and a Certified Nursing Assistant.

21      9. At all times during her career as a medical care giver, Plaintiff has performed all of her
22  assigned and related duties in an excellent manner.

23      10. Notwithstanding Plaintiff's continuing excellent and dedicated care of her patients at
24  LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER, she was subjected to a
25  continuous pattern and practice of unlawful discriminatory employment practices against her,
26  which included, but were not limited to the following:

27

28  Complaint for Damages                    2

1    a. Continued unwarranted close scrutiny;

2    b. Continuing humiliation and ridicule;

3    c. Continuing harassment;

4    d. False accusations of abuse of patients;

5    e. False accusations of inability to work with coworkers;

6    f. False accusations of poor communications skills;

7    g. False accusations of being "abrasive";

8    h. False criticism of poor work performance;

9    I. Miscellaneous false accusations relating to work performance;

10    j. False accusations of tardiness and excessive absenteeism;

11    k. Unwarranted denial of shift assignment;

12    l. Unwarranted threats of disciplinary action;

13    m. Unwarranted disciplinary actions;

14    n. Unwarranted denial of promotion;

15    o. Continuing threats to terminate employment;

16    p. Termination of employment on December 7, 2007;

17    q. Unlawful coercion to sign 'last chance' agreement; and

18    r. Termination of employment with restrictions on further employment with the City

19  effective May 5, 2008.

20    11. Said actions and conduct against Plaintiff were for the reasons and have resulted in

21  the damages and harm as hereinafter described.

22                              II

23                    FIRST CAUSE OF ACTION

24                    42 U.S.C. Section 1981

25    As a first, separate and distinct cause of action, Plaintiff complains of Defendant, and for

26  a cause of action alleges:

27

28  Complaint for Damages                    3

1    12. The allegations of paragraphs 1 through 11 above, are re-alleged and incorporated

2  herein by reference.

3    13. Jurisdiction of this Court is invoked pursuant to the provisions of 28 U.S.C. Section

4  1331 to enforce the provisions of 42 U.S.C. Section 1981 which provides as follows:

5    "(a) Statement of equal rights

6    All persons within the jurisdiction of the United States
     shall have the same right in every State and Territory to
7    make and enforce contracts, to sue, be parties, give
     evidence and to the full and equal benefit of all laws
8    and proceedings for the security of persons and property
     as is enjoyed by white citizens, and shall be subject to like
9    punishment, pains, penalties, taxes, licenses, and
     exactions of every kind, and to no other.

10

11    (b) "Make and enforce contracts" defined

12    For purposes of this section, the term "make and enforce
     contracts" includes the making, performance, modification,
13    and termination of contracts, and the enjoyment of all
     benefits, privileges, terms, and conditions of the contractual
14    relationship.

15    c) Protection against impairment

16    The rights protected by this section are protected against
     impairment by nongovernmental discrimination and
17    impairment under color of State law."

18    14. Venue is proper in the Northern District of California.

19    15. Defendant has maintained a pattern and practice of unlawful discriminatory

20  employment practices against Plaintiff as alleged below and its African American (Black)

21  employees on account of their race and color by engaging in the actions and conduct, among

22  other things, as alleged in Paragraph 10 hereof, in violation of 42 U.S.C. Section 1981.

23    16. Plaintiff was subjected to the actions and conduct described in Paragraph 10 herein

24  on account of her race and color and in retaliation against her for her continuing complaints and

25  protests of said unlawful discriminatory employment practices against her in violation of the

26  provisions of 42 U.S.C. Section 1981.

27

28  Complaint for Damages                    4

1    17. As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

2  has suffered loss of and continues to suffer substantial loss of earnings and related employment

3  benefits in an amount to be proven at trial herein.

4    18. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

5  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

6  distress for which she has required and seeks medical care.

7    19. Defendant committed the abusive actions alleged herein maliciously, fraudulently,

8  and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil

9  motive amounting to malice, and in conscious and reckless disregard of her rights as an

10  employee. Plaintiff is thus entitled to recover punitive damages from Defendants, and each of

11  them, commensurate with its conduct as alleged.

12                                                III

13                                SECOND CAUSE OF ACTION

14                                42 U.S.C. SECTION 2000e-2

15    As a second, separate and distinct cause of action, Plaintiff complains of Defendant,

16  and for a cause of action, alleges:

17    20. The allegations of paragraphs 1 through 19 above, are re-alleged and incorporated

18  herein by reference.

19    21. Jurisdiction is invoked herein pursuant to the provisions of Title VII of the Civil

20  Rights Act of 1964, as amended, 42 U.S.C. Section 2000e(5)(3) to enforce the provisions of 42

21  U.S.C. Section 2000e-2(a), which provides that:

22          "It shall be an unlawful employment practice for an employer –

23          (1) to fail or refuse to hire or to discharge any individual, or
            otherwise to discriminate against any individual with respect
24          to his compensation, terms, conditions, or privileges of employ-
            ment because of such individual's race, color, religion, sex or
25          national origin; or

26          (2) to limit, segregate, or classify his employees or applicants
            for employment in any way which would deprive or tend to
27

28  Complaint for Damages                      5

1    deprive any individual of employment opportunities or otherwise
     adversely affect his status as an employee, because of such
2    individual's race, color, religion, sex or national origin.

3    22. Said defendant has engaged in the actions and conduct alleged in paragraph 10 hereof

4    on account of her race and color in violation of the provisions of 42 U.S.C. Section 2000e-2(a).

5    23. As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

6    has suffered loss of and continues to suffer substantial loss of earnings and related employment

7    benefits in an amount to be proven at trial herein.

8    24. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

9    to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

10   distress for which she has required and seeks medical care.

11   25. Defendant committed the abusive actions alleged herein maliciously, fraudulently,

12   and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil

13   motive amounting to malice, and in conscious and reckless disregard of her rights as an

14   employee. Plaintiff is thus entitled to recover punitive damages from Defendants, and each of

15   them, commensurate with its conduct as alleged.

16   26. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination

17   herein with the United States Equal Employment Opportunity Commission (EEOC). A true and

18   correct copy of said charge of discrimination is attached hereto as Exhibit 1. However, the U.S.

19   Department of Justice has not yet issued a Notice of Right to Sue thereon. Upon receipt of

20   same, Plaintiff will move this Court for leave to amend this within action to reflect her

21   exhaustion of administrative remedies relative hereto.

22                                    IV

23                         THIRD CAUSE OF ACTION

24                        42 U.S.C. SECTION 2000e-2

25   As a third, separate and distinct cause of action, Plaintiff complains of Defendant, and for

26   a cause of action, alleges:

27

28   Complaint for Damages                    6

1       27.  The allegations of paragraphs 1 through 26 above, are re-alleged and incorporated

2    herein by reference.

3       28.  Jurisdiction is invoked herein pursuant to the provisions of Title VII of the Civil

4    Rights Act of 1964, as amended, 42 U.S.C. Section 2000e(5)(3) to enforce the provisions of 42

5    U.S.C. Section 2000e-2(a), which provides that:

6            "It shall be an unlawful employment practice for an employer –

7            (1) to fail or refuse to hire or to discharge any individual, or
             otherwise to discriminate against any individual with respect
8            to his compensation, terms, conditions, or privileges of employ-
             ment because of such individual's race, color, religion, sex or
9            national origin; or

10           (2) to limit, segregate, or classify his employees or applicants
             for employment in any way which would deprive or tend to
11           deprive any individual of employment opportunities or otherwise
             adversely affect his status as an employee, because of such
12           individual's race, color, religion, sex or national origin.

13       29.  Plaintiff is a Muslim and practices said religion.

14       30.  Said defendant has engaged in the actions and conduct alleged in paragraph 10 hereof

15    on account of her religion in violation of the provisions of 42 U.S.C. Section 2000e-2(a).

16       31.  As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

17    has suffered loss of and continues to suffer substantial loss of earnings and related employment

18    benefits in an amount to be proven at trial herein.

19       32.  In doing the acts and in engaging in the conduct herein alleged, Defendant intended

20    to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

21    distress for which she has required and seeks medical care.

22       33.  Defendant committed the abusive actions alleged herein maliciously, fraudulently,

23    and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil

24    motive amounting to malice, and in conscious and reckless disregard of her rights as an

25    employee.  Plaintiff is thus entitled to recover punitive damages from Defendants, and each of

26    them, commensurate with its conduct as alleged.

27

28    Complaint for Damages                              7

1    34. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination

2    herein with the United States Equal Employment Opportunity Commission (EEOC). A true and

3    correct copy of said charge of discrimination is attached hereto as Exhibit 1. However, the U.S.

4    Department of Justice has not yet issued a Notice of Right to Sue thereon. Upon receipt of

5    same, Plaintiff will move this Court for leave to amend this within action to reflect her

6    exhaustion of administrative remedies relative hereto.

7                                                V

8                              FOURTH CAUSE OF ACTION

9                                    42 U.S.C. 2000e-3

10    As a fourth, separate and distinct cause of action, Plaintiff complains of Defendant, and

11    for a cause of action, alleges:

12    35. The allegations of paragraphs 1 through 34 above, are re-alleged and incorporated

13    herein by reference.

14    36. Jurisdiction is invoked herein pursuant to the provisions of the Civil Rights Act of

15    1964, as amended, 42 U.S.C. Section 2000e-5(3) to enforce the provisions of 42 U.S.C. Section

16    2000e-3, which provides that:

17            "It shall be an unlawful employment practice for an employer
              to discriminate against any of his employees or applicants for
18            employment, for an employment agency, or joint labor-management
              committee controlling apprenticeship or other training or re-
19            training, including on the job training programs, to discriminate
              against any individual, or for a labor organization to discriminate
20            against any member thereof or applicant for membership, because
              he has opposed any practice made an unlawful employment practice
21            by this subchapter, or because he has made a charge, testified, assisted,
              or participated in any manner in an investigation, proceeding, or
22            hearing under this subchapter."

23    37. Defendant has engaged in the action and conduct described in paragraph 10 herein

24    against Plaintiff because engaged and opposed said unlawful discriminatory employment

25    practices prohibited by 42 U.S.C. Section 2000e-2, in violation of 42 U.S.C. Section 2000e-3.

26    38. As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

27

28    Complaint for Damages                         8

1  has suffered loss of and continues to suffer substantial loss of earnings and related employment
2  benefits in an amount to be proven at trial herein.

3      39. In doing the acts and in engaging in the conduct herein alleged, Defendant intended
4  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional
5  distress for which she has required and seeks medical care.

6      40. Defendant committed the abusive actions alleged herein maliciously, fraudulently,
7  and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil
8  motive amounting to malice, and in conscious and reckless disregard of her rights as an
9  employee. Plaintiff is thus entitled to recover punitive damages from Defendants, and each of
10  them, commensurate with its conduct as alleged.

11     41. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination
12  herein with the United States Equal Employment Opportunity Commission (EEOC). A true and
13  correct copy of said charge of discrimination is attached hereto as Exhibit 1. However, the U.S.
14  Department of Justice has not yet issued a Notice of Right to Sue thereon. Upon receipt of
15  same, Plaintiff will move this Court for leave to amend this within action to reflect her
16  exhaustion of administrative remedies relative hereto.

17                                      VI

18                           FIFTH CAUSE OF ACTION

19                     AMERICANS WITH DISABILITIES ACT

20     As a fifth, separate and distinct cause of action, Plaintiff complains of Defendant, and
21  each of them, and for a cause of action, alleges:

22     42. The allegations of paragraphs 1 through 41 above, are re-alleged and incorporated
23  herein by reference.

24     43. Jurisdiction herein is invoked pursuant to the provisions of the provisions of the
25  Americans With Disabilities Act, 42 U.S.C. Section 12101, *et seq*., prohibiting discrimination
26  against an employee on account of an employee's disability.

27

28  Complaint for Damages                    9

1       44.  Plaintiff was suffering from a physical disability during her employment and was
2   therefore a qualified individual with a disability within the meaning of said Act.

3       45.  Defendant at all times relevant hereto was fully informed of said physical disability
4   for which Plaintiff sought reasonable accommodation.

5       46.  Notwithstanding such, Defendant maintained a pattern and practice of unlawful
6   discriminatory employment practices as alleged in paragraph 10 hereof, against Plaintiff on
7   account of said physical disability and refused to reasonably accommodate Plaintiff's physical
8   disability in violation of 42 U.S.C. 12101, *et seq.*

9       47.  As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff
10  has suffered loss of and continues to suffer substantial loss of earnings and related employment
11  benefits in an amount to be proven at trial herein.

12      48.  In doing the acts and in engaging in the conduct herein alleged, Defendant intended
13  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional
14  distress for which she has required and seeks medical care.

15      49.  Defendant committed the abusive actions alleged herein maliciously, fraudulently,
16  and oppressively, with the wrongful intention of injuring Plaintiff and from an improper and evil
17  motive amounting to malice, and in conscious and reckless disregard of her rights as an
18  employee.  Plaintiff is thus entitled to recover punitive damages from Defendants, and each of
19  them, commensurate with its conduct as alleged.

20      50.  On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination
21  herein with the United States Equal Employment Opportunity Commission (EEOC).  A true and
22  correct copy of said charge of discrimination is attached hereto as Exhibit 1.  However, the U.S.
23  Department of Justice has not yet issued a Notice of Right to Sue thereon.  Upon receipt of
24  same, Plaintiff will move this Court for leave to amend this within action to reflect her
25  exhaustion of administrative remedies relative hereto.

26                                          VII

27

28  Complaint for Damages                    10

1

2

SIXTH CAUSE OF ACTION

GOVERNMENT CODE SECTION 12940a

3       As a sixth, separate and distinct cause of action, Plaintiff complains of Defendant, and for

4   a cause of action, alleges:

5       51. The allegations of paragraphs 1 through 50 above, are re-alleged and incorporated

6   herein by reference.

7       52. Jurisdiction herein is invoked pursuant to the provisions of Government Code

8   Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

9   the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

10  Government Code Section 12940a, which provides that it shall be unlawful for an employer to

11  discriminate against an employee, among other things, on account of race and color.

12      53. Plaintiff is an employee of African ancestry (Black) and is therefore a person

13  protected by said provisions of said Act.

14      54. Defendant has maintained a pattern and practice of unlawful discriminatory

15  employment practices against Plaintiff on account of her race and color by engaging in the

16  actions and conduct, among other things,  as alleged in Paragraph 10 hereof in violation of the

17  Fair Employment and Housing Act, Government Code Section 12940a.

18      55. Defendant has taken the actions and conduct against Plaintiff as alleged herein on

19  account of her race and color in violation of the Fair Employment and Housing Act, Government

20  Code Section 12940a.

21      56. As a direct result of said actions and conduct of Defendant as alleged herein, Plaintiff

22  has suffered loss of and continues to suffer substantial loss of earnings and related employment

23  benefits in an amount to be proven at trial herein.

24      57. In doing the acts and in engaging in the conduct herein alleged, Defendant  intended

25  to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

26  distress.

27

28  Complaint for Damages                           11

1    58. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination

2    herein with the California Department of Fair Employment and Housing (DFEH). A true and

3    correct copy of said charge of discrimination is attached hereto as Exhibit 2. A notice of right to

4    sue was issued on May 29, 2008, authorizing Plaintiff to initiate a civil action in the California

5    Superior Court within one year of said date. A true and correct copy of said Notice of Right to

6    Sue is attached hereto as Exhibit 3. Plaintiff has exhausted all of her administrative remedies

7    herein, and this action has been timely filed.

8                                             VIII

9                              SEVENTH CAUSE OF ACTION

10                          GOVERNMENT CODE SECTION 12940a

11    As a seventh, separate and distinct cause of action, Plaintiff complains of Defendants, and

12    each of them, and for a cause of action, alleges:

13    59. The allegations of paragraphs 1 through 58 above, are re-alleged and incorporated

14    herein by reference.

15    60. Jurisdiction herein is invoked pursuant to the provisions of Government Code

16    Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

17    the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

18    Government Code Section 12940a, which provides that it shall be unlawful for an employer to

19    discriminate against an employee, among other things, on account of religion.

20    61. Plaintiff is a Muslim and practices said religion.

21    62. Said defendant has engaged in the actions and conduct against Plaintiff as alleged in

22    paragraph 10 hereof on account of her religion in violation of the provisions of Government

23    Code Section 12940a.

24    63. As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

25    has suffered loss of and continues to suffer substantial loss of earnings and related employment

26    benefits in an amount to be proven at trial herein.

27

28    Complaint for Damages                    12

1    64. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

2    to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

3    distress for which she has required and seeks medical care.

4    65. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination

5    herein with the California Department of Fair Employment and Housing (DFEH). A true and

6    correct copy of said charge of discrimination is attached hereto as Exhibit 2. A notice of right to

7    sue was issued on May 29, 2008, authorizing Plaintiff to initiate a civil action in the California

8    Superior Court within one year of said date. A true and correct copy of said Notice of Right to

9    Sue is attached hereto as Exhibit 3. Plaintiff has exhausted all of her administrative remedies

10    herein, and this action has been timely filed.

11                                        IX

12                              EIGHTH CAUSE OF ACTION

13                    GOVERNMENT CODE SECTION 12940(a) and (m)

14    As a eighth separate and distinct cause of action, Plaintiff complains of Defendants, and

15    each of them, and for a cause of action, alleges:

16    66. The allegations of paragraphs 1 through 65 above, are re-alleged and incorporated

17    herein by reference.

18    67. Jurisdiction herein is invoked pursuant to the provisions of Government Code

19    Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

20    the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

21    Government Code Section 12940(a) and (m), which provides that it shall be unlawful for an

22    employer to discriminate against an employee, among other things, on account of a disability.

23    68. Plaintiff suffers from a physical disability within the meaning of Government Code

24    Section 12940(a) and (m).

25    69. Defendant has been aware of said disability since 2006.

26    70. Defendant engaged in the actions and conduct alleged herein on account of said

27

28    Complaint for Damages                          13

1   disability and refused to reasonably accommodate Plaintiff therefor.

2       71. As a direct result of said acts and conduct of Defendant, as alleged herein, Plaintiff

3   has suffered loss of and continues to suffer substantial loss of earnings and related employment

4   benefits in an amount to be proven at trial herein.

5       72. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

6   to and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

7   distress for which she has required and seeks medical care.

8       73. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination

9   herein with the California Department of Fair Employment and Housing (DFEH). A true and

10   correct copy of said charge of discrimination is attached hereto as Exhibit 2. A notice of right to

11   sue was issued on May 29, 2008, authorizing Plaintiff to initiate a civil action in the California

12   Superior Court within one year of said date. A true and correct copy of said Notice of Right to

13   Sue is attached hereto as Exhibit 3. Plaintiff has exhausted all of her administrative remedies

14   herein, and this action has been timely filed.

15                       X

16              NINTH CAUSE OF ACTION

17       GOVERNMENT CODE SECTION 12940(h) and (j)

18       As a ninth separate and distinct cause of action, Plaintiff complains of Defendant and for

19   a cause of action, alleges:

20       74. The allegations of paragraphs 1 through 73 above, are re-alleged and incorporated

21   herein by reference.

22       75. Jurisdiction herein is invoked pursuant to the provisions of Government Code

23   Section 12965, seeking a declaratory judgment, injunctive relief and damages for violations of

24   the Plaintiff's employment rights as protected by the Fair Employment and Housing Act (FEHA),

25   Government Code Section 12940(h) and (j), which provides that it shall be unlawful for an

26   employer to retaliate against an employee, because of said employee's protests of unlawful

27

28   Complaint for Damages               14

1  discriminatory employment practices, or to harass an employee, among other things on account
2  of race, color, religion or physical disability.

3      76. Plaintiff was an employee of Defendant who protested violations of Government
4  Code Section 12940, *et seq.*, as alleged in paragraph 10 hereof and who was harassed on account
5  of her race, color, religion and physical disability in violation of California Government Code
6  Sections 12940(h) and (j).

7      77. Defendant has subjected Plaintiff to a pattern and practice of egregious retaliatory
8  actions and conduct, because of her complaints of said unlawful discriminatory employment
9  practices, which have included, but have not been limited to the actions and conduct alleged
10  herein, and a pattern and practice of harassment against her because of her race, color, religion
11  and physical disability.

12      78. Defendant has taken such actions against Plaintiff in violation of Government Code
13  Section 12940(h) and (j).

14      79. As a direct result of the acts and conduct of Defendant, as alleged herein, Plaintiff
15  has suffered loss of and continues to suffer substantial loss of earnings and related employment
16  benefits in an amount to be proven at trial herein.

17      80. In doing the acts and in engaging in the conduct herein alleged, Defendant intended
18  and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional
19  distress for which he has sought medical care.

20      81. On May 29, 2008, Plaintiff duly filed an administrative charge of discrimination
21  herein with the California Department of Fair Employment and Housing (DFEH). A true and
22  correct copy of said charge of discrimination is attached hereto as Exhibit 2. A notice of right to
23  sue was issued on May 6, 2008, authorizing Plaintiff to initiate a civil action in the California
24  Superior Court within one year of said date. A true and correct copy of said Notice of Right to
25  Sue is attached hereto as Exhibit 3. Plaintiff has exhausted all of his administrative remedies
26  herein, and this action has been timely filed.

27

28  Complaint for Damages                 15

XI

TENTH CAUSE OF ACTION

CALIFORNIA CONSTITUTION, ARTICLE 1, SECTION 8

As a tenth separate and distinct cause of action, Plaintiff complains against Defendant and for a cause of action alleges:

82. The allegations of paragraphs 1 through 81 above, are re-alleged and incorporated herein by reference.

83. Jurisdiction is invoked pursuant to Article 1, Section 8 of the California Constitution, seeking a declaratory judgment, injunctive relief and damages for violations of Plaintiff's civil rights as protected by said provisions which provides that a person may not be disqualified from entering or pursuing a business, profession, vocation, or employment because of race and sex.

84. Plaintiff is a resident of the State of California.

85. Defendant is barred from discriminating in employment against Plaintiff on account of her race and sex.

86. Said Defendant has initiated and maintained a pattern of unlawful discriminatory employment practices against plaintiff on account of her race and sex, as alleged herein, with the design and purpose of forcing her to resign from or facilitate the termination of her employment with Defendant, which violates the said provisions of the California Constitution.

87. Said Defendant has initiated and maintained a pattern of unlawful discriminatory employment practices against Plaintiff on account of her race and sex with the design and purpose of forcing her to resign from or facilitate the termination of her employment with Defendant, which have culminated in the unlawful termination of her employment on account of her race and sex as alleged in paragraph 10 hereof.

88. Said actions and conduct have resulted in substantial pecuniary harm to Plaintiff as alleged herein.

89. As a direct result of the acts and conduct of Defendant, as alleged herein, Plaintiff

Complaint for Damages                                     16

1 | has suffered loss of and continues to suffer substantial loss of earnings and related employment
2 | benefits in an amount to be proven at trial herein.

3 | 90. In doing the acts and in engaging in the conduct herein alleged, Defendant intended
4 | and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional
5 | distress for which he has sought medical care.

6 | XII

7 | ELEVENTH CAUSE OF ACTION

8 | LABOR CODE SECTION 1101, *et seq*.

9 | As an eleventh separate and distinct cause of action, Plaintiff complains against
10 | Defendant and for a cause of action alleges:

11 | 91. The allegations of paragraphs 1 through 90 above, are re-alleged and incorporated
12 | herein by reference.

13 | 92. Defendant has maintained a policy and practice of prohibiting employees from
14 | disclosing information to a government or law enforcement agency, where the employee
15 | reasonably believes that the information discloses a violation of state or federal statute, or
16 | violation or noncompliance with a state or federal regulation in violation of Labor Code Section
17 | 1102.5(a).

18 | 93. Defendant has maintained a policy and practice of retaliating against employees for
19 | disclosing information to a government or law enforcement agency,   where the employee
20 | reasonably believes that the information discloses a violation of state or federal statute, or
21 | violation or noncompliance with a state or federal regulation in violation of Labor Code Section
22 | 1102.5(b).

23 | 94. During her employment, Plaintiff disclosed to the California Department of Health
24 | and Human Resources instances of patient abuse and failure to provide adequate medical care to
25 | patients by  LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER.

26 | 95. Said actions of Defendant violated, among other provisions of law,  the provisions of
27 |
28 | Complaint for Damages                                   17

1  Health and Safety Code Section 1262.6 and California Code of Regulations 70707(b)(2)

2  mandating that patients be given respectful and considerate care.

3      96. At all times relevant hereto, Defendant has suspected that Plaintiff has disclosed to

4  the California Department of Public Health information she reasonably believed discloses

5  violations of the state or federal statute or violations or noncompliance with a state or federal

6  regulation.

7      97. Defendant has engaged in the conduct and actions against Plaintiff as herein alleged

8  including terminating Plaintiff from her employment effective May 5, 2008 in continuing

9  discrimination and retaliation against her for her disclosure, suspected disclosure, or participation

10  in the disclosure of information to the California Department of Public Health and Human

11  Services.

12      98. Said actions and conduct are in violation of Labor Code Sections 1101, *et seq*.

13      99. As a direct result of the acts and conduct of Defendant as alleged herein, Plaintiff has

14  suffered loss of and continues to suffer substantial loss of earnings and related employment

15  benefits in an amount to be proven at trial herein.

16      100. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

17  to and did vex, harass, annoy, and cause Plaintiff to suffer and continue to suffer severe

18  emotional distress for which Plaintiff has been compelled to seek and continue medical care and

19  incur medical expenses therefor.

20      101. On or about June 20, 2008, Plaintiff filed a claim against Defendant herein

21  pursuant to the provisions of California Government Code Section 905 for damages and losses

22  suffered and incurred by her by reason of the above-described occurrence in compliance with the

23  requirements of California Government Code Section 905 by delivering said claim to the Clerk

24  of the Board of Supervisors of the City and County of San Francisco. A true and correct copy of

25  the claim is attached hereto as Exhibit 4.

26      102. Plaintiff will seek leave of this Court to amend this cause of action when the

27

28  Complaint for Damages                                    18

1 | requirements of the California Tort Claims Act, Government Code Section 810, *et seq*., have

2 | been met.

3 | XIII

4 | TWELFTH CAUSE OF ACTION

5 | CALIFORNIA GOVERNMENT CODE SECTION 12900, *ET SEQ*.

6 | REPORTING PATIENT ABUSE

7 | As an twelfth separate and distinct cause of action, Plaintiff complains against Defendant

8 | and for a cause of action alleges:

9 | 103. The allegations of paragraphs 1 through 102 above, are re-alleged and incorporated

10 | herein by reference.

11 | 104. Jurisdiction herein is invoked pursuant to the provisions of the Fair Employment

12 | and Housing Act, Government Code Section 12965, seeking a declaratory judgment, injunctive

13 | relief and damages for violation of Government Code Section 12940(g) of said Act, which

14 | prohibits any employer from harassing, discharging, expelling, or otherwise discriminating

15 | against any person because the person has made a report, pursuant to Section 11161.8 of the

16 | Penal Code that prohibits retaliation against hospital employees who report suspected patient

17 | abuse by health facilities or community care facilities.

18 | 105. Plaintiff was an employee protected by the provisions of said act.

19 | 106. Plaintiff has reported patient abuse by Defendant pursuant to the provisions of Penal

20 | Code Section 11161.8.

21 | 107. During her employment, Plaintiff disclosed to the California Department of Health

22 | and Human Resources instances of patient abuse and failure to provide adequate medical care to

23 | patients by LAGUNA HONDA HOSPITAL AND REHABILITATION CENTER.

24 | 108. The failure of Defendant to provide proper care to patients violated the provisions

25 | of California Government Code Section 12940(g).

26 | 109. Defendant has engaged in the conduct and actions against Plaintiff as herein alleged

27 |

28 | Complaint for Damages                                    19

1   including terminating Plaintiff from her employment effective May 5, 2008 in continuing

2   discrimination and retaliation against her for her disclosure, suspected disclosure, or participation

3   in the disclosure of information to the California Department of Public Health and Human

4   Services in violation of California Government Code Section 12940(g).

5       110. As a direct result of said actions and conduct of Defendant as alleged herein,

6   Plaintiff has suffered loss of and continues to suffer substantial loss of earnings and related

7   employment benefits in an amount to be proven at trial herein.

8       111. In doing the acts and in engaging in the conduct herein alleged, Defendant intended

9   and did vex, harass, annoy and cause Plaintiff to suffer and continue to suffer severe emotional

10  distress for which he has sought medical care.

11                                              XIV

12                                    PRAYER FOR RELIEF

13      WHEREFORE, Plaintiff prays judgment against Defendant as follows:

14      (A) Grant Plaintiff a declaratory judgment that Defendants have violated Plaintiff's rights

15  as guaranteed by 42 U.S.C. Section 1981, 42 U.S.C. Section 2000e, *et seq.*, California Labor

16  Code Section 1100, *et seq.*, and California Government Code Section 12940, *et seq.*, in

17  committing the acts and in engaging in the conduct complained of herein;

18      (B) Permanently enjoin Defendants, their agents, successors, and employees and those

19  acting in concert with them from engaging in each of the unlawful practices and policies

20  complained of herein;

21      C) Award Plaintiff damages for all earnings lost, including future earnings loss and for

22  loss of related employment benefits;

23      (D) Returning Plaintiff to his position of employment without loss of pay, seniority or

24  rank;

25      (E) Award Plaintiff damages for lost career and employment opportunities;

26      (F) Order that all negative material be removed from Plaintiff's personnel file or any

27

28  Complaint for Damages                          20

1 | other files or records maintained in connection with Plaintiff's employment;

2 | (G) Award Plaintiff damages for severe psychological harm in an amount to be proven at

3 | trial;

4 | (H) Award Plaintiff punitive damages in an amount commensurate with harm caused to

5 | Plaintiff and Defendant's financial ability;

6 | (I) Award Plaintiff costs of suit;

7 | (J) Grant Plaintiff reasonable attorney's fees; and

8 | (K) Grant Plaintiff such other and future relief as the Court may deem proper and just.

9 | Dated: June 18, 2008                          Respectfully submitted.

10 |

11 |                                              CURTIS G. OLER

12 |                                              Attorney for Plaintiff

28 | Complaint for Damages                    21

EXHIBIT 1

EXHIBIT 1

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2008-00491 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Tiana Blunt** | **(415) 424-1136** | **02-17-1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **279 Teddy St.. #A, San Francisco, CA 94134** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SF LAGUNA HONDA HOSPITAL** | **500 or More** | **(415) 759-2300** |

| Street Address | City, State and ZIP Code |
|---|---|
| **375 Laguna Honda Blvd.,  San Francisco, CA 94116** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE    ☐ COLOR    ☐ SEX    ☒ RELIGION    ☐ NATIONAL ORIGIN
☒ RETALIATION    ☐ AGE    ☒ DISABILITY    ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        05-05-2008

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent in May 2004. My job title was Licensed Vocational Nurse. Respondent became fully aware of my disability in 2006. On or about December 7, 2007, I was discharged. On or about February 29, 2008, I filed a discrimination charge with the Department of Fair Employment & Housing alleging race, disability and religious discrimination. On or about March 24, 2008, I was re-hired. On or about March 24, 2008, I requested a reasonable accommodation but it was not granted. From on or about March 24, 2008, I was subjected to different terms and conditions of employment in that I was assigned the 7:00am to 3:30pm shift even though I was promised the 11:00am to 8:00pm shift. On or about May 5, 2008, I was discharged.

No reason was given to me as to why my reasonable accommodation was not granted. The reason given to me for placing me on the 7:00am shift was because there was no opening on the 11:00am shift. The reason given to me for my second discharge was that I raised my voice in anger and I was tardy two times.

I believe that I have been discriminated against on the basis of my race, Black, and religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against in violation of the Americans With Disabilities Act of 1990, as amended. I also believe that I have been retaliated against for engaging in protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/29/08<br>Date            Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EXHIBIT 2

EXHIBIT 2

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 550-2008-00491 |

| California Department Of Fair Employment & Housing | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| **Ms. Tiana Blunt** | **(415) 424-1136** | **02-17-1976** |

| Street Address | City, State and ZIP Code |
|---|---|
| **279 Teddy St.. #A, San Francisco, CA 94134** | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **SF LAGUNA HONDA HOSPITAL** | **500 or More** | **(415) 759-2300** |

| Street Address | City, State and ZIP Code |
|---|---|
| **375 Laguna Honda Blvd., San Francisco, CA 94116** | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest                Latest
                        **05-05-2008**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for Respondent in May 2004. My job title was Licensed Vocational Nurse. Respondent became fully aware of my disability in 2006. On or about December 7, 2007, I was discharged. On or about February 29, 2008, I filed a discrimination charge with the Department of Fair Employment & Housing alleging race, disability and religious discrimination. On or about March 24, 2008, I was re-hired. On or about March 24, 2008, I requested a reasonable accommodation but it was not granted. From on or about March 24, 2008, I was subjected to different terms and conditions of employment in that I was assigned the 7:00am to 3:30pm shift even though I was promised the 11:00am to 8:00pm shift. On or about May 5, 2008, I was discharged.

No reason was given to me as to why my reasonable accommodation was not granted. The reason given to me for placing me on the 7:00am shift was because there was no opening on the 11:00am shift. The reason given to me for my second discharge was that I raised my voice in anger and I was tardy two times.

I believe that I have been discriminated against on the basis of my race, Black, and religion, Muslim, in violation of Title VII of the Civil Rights Act of 1964, as amended. I believe that I have been discriminated against in violation of the Americans With Disabilities Act of 1990, as amended. I also believe that I have been retaliated against for engaging in protected activity.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 5/29/08<br>Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(month, day, year) |

EXHIBIT 3

EXHIBIT 3

STATE OF CALIFORNIA – State and Consumer Services Agency                                              ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
(SEE ADDRESS CHECKED BELOW)

TTY # (800) 700-2320

Date: June 5, 2008

Case Name: TIANA BLUNT vs. SAN FRANCISCO LAGUNA
HONDA HOSPITAL

EEOC No.: 550-2008-00491

## NOTICE TO COMPLAINANT AND RESPONDENT

This is to advise you that the above-referenced complaint is being referred to the California Department of Fair Employment and Housing (DFEH) by the U.S. Equal Employment Opportunity Commission (EEOC). The complaint will be filed in accordance with California Government Code section 12960. This notice constitutes service pursuant to Government Code section 12962.

No response to the DFEH is required by the respondent.

The EEOC will be responsible for the processing of this complaint. DFEH will not be conducting an investigation into this matter. EEOC should be contacted directly for any discussion of the charge. DFEH is closing its case on the basis of "processing waived to another agency."

## NOTICE TO COMPLAINANT OF RIGHT-TO-SUE

Since DFEH will not be issuing an accusation, this letter is also your right-to-sue notice. According to Government Code section 12965, subdivision (b), you may bring a civil action under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The lawsuit may be filed in a State of California Superior or Justice Court. Government Code section 12965, subdivision (b), provides that such a civil action must be brought within one year from the date of this notice. Pursuant to Government Code section 12965, subdivision (d)(1), this one-year period will be tolled during the pendency of the EEOC's investigation of your complaint. You should consult an attorney to determine with accuracy the date by which a civil action must be filed. This right to file a civil action may be waived in the event a settlement agreement is signed. Questions about the right to file under federal law should be referred to the EEOC.

The DFEH does not retain case records beyond three years after a complaint is filed.

Remember: This Right-To-Sue Notice allows you to file a private lawsuit in State court.

Sincerely,

WANDA J. KIRBY
Acting Director

DFEH-200-02 (11/07)

EXHIBIT 4

EXHIBIT 4

1  CURTIS G. OLER (Bar No. 63689)
   LAW OFFICES OF CURTIS G. OLER
2  Post Office Box 15083
   San Francisco, California 94115
3  Telephone: 415 346-8015
   Facsimile: 415 346-8238
4
   Attorney for Plaintiff
5  Tiana Blunt

6

7  TO: CITY AND COUNTY OF SAN FRANCISCO (Department of Public Health, Laguna

8  Honda Hospital

9      Tiana Blunt hereby makes claim against City and County of San Francisco, (Department

10 of Public Health, Laguna Honda Hospital), and makes the following statements in support of the

11 claim:

12     1. Claimant's Post Office Address is 279 Teddy Street, Apartment A, San Francisco,

13 California 94134

14     2. Notices concerning the claim should be sent to Curtis G. Oler, Post Office Box 15083

15 San Francisco, California 94115

16     3. The date and place of the occurrence giving rise to this claim are May 2, 2008.

17     4. The circumstances giving rise to this claim are as follows: Retaliation and termination

18 of employment in violation of Labor Code Section 1101, et seq.,

19     5. Claimant's injuries are damages for lost earnings and related employment benefits and

20 for emotional distress.

21     6. The names of the public employees causing the claimant's injuries are unknown.

22     7. Ms. Blunt's claim as of the date of this claim is in excess of $10,000.00.

23     8. My claim as of the date of this claim is in an amount that would place it within the

24 jurisdiction of the Superior Court, unlimited jurisdiction. The claim is based on injury, and loss

25 in an amount to be proven later.

26 Dated: June 20, 2008

27                                      CURTIS G. OLER
28                                      Attorney for Claimant

JS 44 (Rev. 12/07) (cand rev 1-16-08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS
TIANA D. BLUNT

## DEFENDANTS
City and County of San Francisco, Department of Public Health

**(b)** County of Residence of First Listed Plaintiff  San Francisco
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| | | | ☐ 740 Railway Labor Act | | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☒ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | or Defendant) | ☐ 900 Appeal of Fee |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | ☐ 871 IRS—Third Party | Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | 26 USC 7609 | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – | | ☐ 950 Constitutionality of |
| | Other | | Alien Detainee | | State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration | | |
| | | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1  Original Proceeding   ☐ 2  Removed from State Court   ☐ 3  Remanded from Appellate Court   ☐ 4  Reinstated or Reopened   ☐ 5  Transferred from another district (specify)   ☐ 6  Multidistrict Litigation   ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1981
Brief description of cause:
Employment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASES".

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)
☒ SAN FRANCISCO/OAKLAND   ☐ SAN JOSE

DATE
6/20/08

SIGNATURE OF ATTORNEY OF RECORD

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611020451
Cashier ID: bucklem
Transaction Date: 06/20/2008
Payer Name: LAW OFFICE OF CURTIS G OLER
------------------------------------
CIVIL FILING FEE
 For: tania d blunt
 Case/Party: D-CAN-3-08-CV-003045-001
 Amount:        $350.00
------------------------------------
CHECK
 Check/Money Order Num: 5296
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

pjh


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it  was drawn.
```