AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| TIANA D, BLUNT | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. |
| City and County of San Francisco, | ) |
| Defendant | ) **CV 08   3045** |

**Summons in a Civil Action**

To:   CITY AND COUNTY OF SAN FRANCISCO
         *(Defendant's name)*

A lawsuit has been filed against you.

**PJH**

Within  20  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Curtis G. Oler (Bar No. 63689)
P. O. Box 15083
San Francisco, CA. 94115
Telephone: 415 - 346-8015     Facsimile: 415 346-8238

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

|  |  |
|---|---|
|  | Richard W. Wieking |
|  | Name of clerk of court |
| Date:  JUN 20 2008 | MARY ANN BUCKLEY |
|  | Deputy clerk's signature |

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*