CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff,
TIANA BLUNT

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3976
Facsimile:     (415) 554-4248
E-Mail:        ruth.bond@sfgov.org

ATTORNEYS FOR DEFENDANT:
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

*IT IS SO ORDERED*
*Judge James Larson*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA D. BLUNT,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, and DOES 1 THROUGH 25,<br><br>        Defendant. | Case No. CV 08-3045 JL<br><br>***E-FILING DOCUMENT***<br><br>**STIPULATION AND REQUEST FOR ORDER EXTENDING MEDIATION DEADLINE** |

      The parties, through their counsel, hereby stipulate and request an order extending the parties' deadline to participate in mediation by approximately 60 days to February 4, 2009 for the following reasons:

      On September 5, 2008, before this case was re-assigned to the Hon. James Larson, the Court assigned the parties to mediation pursuant to the parties' stipulation. Pursuant to the Court's

1  September 5 Order, December 4, 2008 is the deadline for the parties to participate in mediation.  In an
2  Order dated October 2, 2008, the Court assigned Marjorie Gelb to be the mediator in this case.  On
3  October 30, 2008, the parties participated in a conference call with Mediator Gelb.  During that call,
4  the parties scheduled a mediation for December 10, 2008, assuming that Defendant would be able to
5  take Plaintiff's deposition by that date.
6      Following the October 30 conference call, the parties met and conferred regarding scheduling
7  Plaintiff's deposition and, because of scheduling conflicts, had to set the deposition for December 16,
8  after the scheduled mediation.  Because the parties believe that mediation will be more productive
9  after Defendants have completed at least part of Plaintiff's deposition, the parties jointly request that
10 the December 4 mediation deadline be extended to February 4, 2009, so that the parties may re-
11 schedule the December 10 mediation to a date after Plaintiff's deposition.

                              Respectfully submitted,

Dated:  November 17, 2008

                DENNIS J. HERRERA
                City Attorney
                ELIZABETH SALVESON
                Chief Labor Attorney
                RUTH M. BOND
                Deputy City Attorney

          By:          /s/
                RUTH M. BOND

                Attorneys for Defendant
                CITY AND COUNTY OF SAN FRANCISCO

Dated:  November 17, 2008

          By:          /s/
                CURTIS G. OLER
                LAW OFFICES OF CURTIS G. OLER
                Attorneys for Plaintiff
                TIANA BLUNT