

CITY AND COUNTY OF SAN FRANCISCO — OFFICE OF THE CITY ATTORNEY

DENNIS J. HERRERA
City Attorney

RUTH M. BOND
Deputy City Attorney

DIRECT DIAL: (415) 554-3976
E-MAIL: ruth.bond@sfgov.org

February 17, 2009



*E-File & Hand-Delivery*

Honorable James Larson
United States District Court
Northern District of California
450 Golden Gate Ave., Dept. F
San Francisco, CA 94102

Re: *Tiana Blunt v. CCSF*, N.D. Cal. Case No. C08-3045- JL

**Request for Continuance of Case Management Conference**

Dear Judge Larson:

Due to a family emergency, Defendant's counsel requests continuance of the Case Management Conference set for February 18, 2009, 10:30 a.m. We apologize for any inconvenience this may cause the court.

The Case Management Conference has been continued to March 18, 2009 at 10:30 a.m.

Very truly yours,

DENNIS J. HERRERA
City Attorney

/s/Ruth M. Bond
Ruth M. Bond
Deputy City Attorney

for Defendant CITY & COUNTY OF SAN FRANCISCO

FOX PLAZA · 1390 MARKET STREET, 5TH FLOOR · SAN FRANCISCO, CALIFORNIA 94102
RECEPTION: (415) 554-3800 FACSIMILE: (415) 554-4248

n:\labor\li2008\090153\00538711.doc