1 | CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
2 | Post Office Box 15083
San Francisco, CA 94115
3 | Telephone: 415-346-8015
Facsimile: 415-346-8238
4
Attorney for Plaintiff,
5 | TIANA BLUNT

6 | DENNIS J. HERRERA, State Bar #139669
City Attorney
7 | ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
8 | RUTH M. BOND, State Bar #214582
Deputy City Attorney
9 | Fox Plaza
1390 Market Street, Floor No. 5
10 | San Francisco, California 94102-5408
Telephone:     (415) 554-3976
11 | Facsimile:     (415) 554-4248
E-Mail:         ruth.bond@sfgov.org
12
ATTORNEYS FOR DEFENDANT:
13 | CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| TIANA D. BLUNT, | Case No. CV 08-3045 JL |
|---|---|
| Plaintiff, | ***E-FILING DOCUMENT*** |
| vs. | **STIPULATION AND REQUEST FOR ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO APRIL 22, 2009** |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, and DOES 1 THROUGH 25, | |
| Defendant. | |

    The parties, through their counsel, hereby stipulate and request an order extending the Case Management Conference set for March 18, 2009 to April 22, 2009, for the following reasons: The parties believe that it will be more productive to postpone the case management conference until after their mediation with mediator Marjorie Gelb, set for March 24, 2009.

STIP. RE CONT. CMC – CASE NO. USDC # 08-3045      1      n:\labor\li2008\090153\00544951.doc

Respectfully submitted,

Dated: March 18, 2009

        DENNIS J. HERRERA
        City Attorney
        ELIZABETH SALVESON
        Chief Labor Attorney
        RUTH M. BOND
        Deputy City Attorney

By: _____/s/_____
    RUTH M. BOND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: March 18, 2009

By: _____/s/_____
    CURTIS G. OLER
    LAW OFFICES OF CURTIS G. OLER
    Attorneys for Plaintiff
    TIANA BLUNT

March 19, 2009

**IT IS SO ORDERED**
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. RE CONT. CMC – CASE NO. USDC # 08-3045    2    n:\labor\li2008\090153\00544951.doc