CURTIS G. OLER, State Bar #63689
LAW OFFICES OF CURTIS G. OLER
Post Office Box 15083
San Francisco, CA 94115
Telephone: 415-346-8015
Facsimile: 415-346-8238

Attorney for Plaintiff:
TIANA BLUNT

DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
RUTH M. BOND, State Bar #214582
Deputy City Attorney
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:    (415) 554-3976
Facsimile:    (415) 554-4248
E-Mail:       ruth.bond@sfgov.org

Attorneys for Defendants:
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA D. BLUNT,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, and DOES 1 THROUGH 25,<br><br>　　　　Defendants. | Case No. CV 08-3045 JL<br><br>***E-FILING DOCUMENT***<br><br>**STIPULATION AND REQUEST FOR ORDER CONTINUING APRIL 22, 2009 CASE MANAGEMENT CONFERENCE** |

The parties, through their counsel, hereby stipulate and request an order extending the Case Management Conference set for April 22, 2009, for the following reasons: On March 24, 2009, the Parties reached a settlement of this matter during a mediation with mediator Marjorie Gelb. The Parties are in the process of finalizing that settlement agreement, which is subject to approval by the City's Health Commission.

STIP. RE CONTINUING CMC-- USDC # 08-3045 JL　　　　1　　　　n:\labor\li2008\090153\00551743.doc

The Parties request that the Settlement Conference be continued by approximately 90 days.

Dated: April 20, 2009

    Respectfully submitted,

    DENNIS J. HERRERA
    City Attorney
    ELIZABETH SALVESON
    Chief Labor Attorney
    RUTH M. BOND
    Deputy City Attorney

    By: _____/s/_____
        RUTH M. BOND

    Attorneys for Defendant
    CITY AND COUNTY OF SAN FRANCISCO

Dated: April 20, 2009

    By: _____/s/_____
        CURTIS G. OLER
    LAW OFFICES OF CURTIS G. OLER
    Attorneys for Plaintiff
    TIANA BLUNT

The Case Management Conference has been continued to July 22, 2009 at 10:30 a.m.

April 20, 2009

*IT IS SO ORDERED*
*/s/ Judge James Larson*
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)