| | |
|---|---|
| 1 | CURTIS G. OLER, State Bar #63689 |
|   | LAW OFFICES OF CURTIS G. OLER |
| 2 | Post Office Box 15083 |
|   | San Francisco, CA  94115 |
| 3 | Telephone: 415-346-8015 |
|   | Facsimile: 415-346-8238 |
| 4 | |
|   | Attorney for Plaintiff: |
| 5 | TIANA BLUNT |
| 6 | DENNIS J. HERRERA, State Bar #139669 |
|   | City Attorney |
| 7 | ELIZABETH SALVESON, State Bar #83788 |
|   | Chief Labor Attorney |
| 8 | RUTH M. BOND, State Bar #214582 |
|   | Deputy City Attorney |
| 9 | Fox Plaza |
|   | 1390 Market Street, Floor No. 5 |
| 10 | San Francisco, California 94102-5408 |
|   | Telephone:     (415) 554-3976 |
| 11 | Facsimile:     (415) 554-4248 |
|   | E-Mail:        ruth.bond@sfgov.org |
| 12 | |
|   | Attorneys for Defendants: |
| 13 | CITY AND COUNTY OF SAN FRANCISCO, ET AL. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA D. BLUNT, | Case No. CV 08-3045 JL |
| Plaintiff, | ***E-FILING DOCUMENT*** |
| vs. | **STIPULATION AND REQUEST FOR ORDER CONTINUING JULY 29, 2009 CASE MANAGEMENT CONFERENCE** |
| CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, and DOES 1 THROUGH 25, | |
| Defendants. | |

     The parties, through their counsel, hereby stipulate and request an order extending the Case Management Conference set for July 29, 2009, for the following reasons:  On March 24, 2009, the Parties reached a settlement of this matter during a mediation with mediator Marjorie Gelb.  The parties have finalized and executed the Settlement Agreement.  However the settlement is subject to

1 approval by the City's Health Commission which is scheduled to review the Agreement at its July 21st

2 meeting. The City expects the Health Commission to approve the settlement on July 21st.

3     The Parties request that the Settlement Conference be continued by approximately 30 days.

4 Dated: July 10, 2009

Respectfully submitted,

DENNIS J. HERRERA
City Attorney
ELIZABETH SALVESON
Chief Labor Attorney
RUTH M. BOND
Deputy City Attorney

By: _____/s/_____
   RUTH M. BOND

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: July 10, 2009

By: _____/s/_____
   CURTIS G. OLER
LAW OFFICES OF CURTIS G. OLER
Attorneys for Plaintiff
TIANA BLUNT

Case management conference is continued to **September 16, 2009** @ 10:30 a.m.

IT IS SO ORDERED

*Judge James Larson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA