DENNIS J. HERRERA, State Bar #139669
City Attorney
ELIZABETH SALVESON, State Bar #83788
Chief Labor Attorney
JONATHAN C. ROLNICK, State Bar #151814
RUTH M. BOND, State Bar #214582
Deputy City Attorneys
Fox Plaza
1390 Market Street, Floor No. 5
San Francisco, California 94102-5408
Telephone:     (415) 554-3976
Facsimile:     (415) 554-4248
E-Mail:        ruth.bond@sfgov.org

ATTORNEYS FOR DEFENDANT:
CITY AND COUNTY OF SAN FRANCISCO, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIANA D. BLUNT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, DEPARTMENT OF PUBLIC HEALTH, and DOES 1 THROUGH 25,<br><br>　　　　Defendant. | Case No. CV 08-3045 JL<br><br>***E-FILING DOCUMENT***<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL (FRCP 41)** |

STIP. AND ORDER OF DISMISSAL
*Blunt, Tiana v. CCSF*, USDC # 08-3045

1

n:\labor\li2008\090153\00577453.doc

1    **IT IS HEREBY STIPULATED**, by and between the parties through their respective counsel
2    that all claims brought by Plaintiff Tiana D. Blunt against the Defendants, or any of them, in the
3    above-captioned action be and hereby are dismissed in their entirety and with prejudice pursuant to
4    Federal Rule of Civil Procedure 41(a)(1).  The parties further request that the district court enter an
5    order to that effect.

6    **IT IS SO STIPULATED.**

8    Dated: August 26, 2009

                                      DENNIS J. HERRERA
                                      City Attorney
                                      ELIZABETH S. SALVESON
                                      Chief Labor Attorney
                                      RUTH M. BOND
                                      Deputy City Attorneys


                                      By:_____/s/_____
                                      RUTH M. BOND
                                      Attorneys for Defendants
                                      CITY AND COUNTY OF SAN
                                      FRANCISCO, ET AL.


Dated: August 26, 2009

                                      By:_____/s/_____
                                      CURTIS G. OLER
                                      LAW OFFICES OF CURTIS G. OLER
                                      Attorney for Plaintiff
                                      TIANA BLUNT

21    ///
22    ///
23    ///
24    ///
25    ///
26    ///
27    ///
28    ///

**ORDER**

**IT IS HEREBY ORDERED THAT** all of the claims of Plaintiff Tiana D. Blunts against the Defendants, or any of them, are dismissed in their entirety and with prejudice.

DATED: September 8, 2009

_____
HON. JAMES LARSON
United States Magitrate Judge